✓# 10115    # 128751

FILED  LODGED-
        HOLDING
2010 JUL 23 PM 3:10  FOR
                     REVISED
CLERK, U.S.          CHECK
BANKRUPTCY COURT
TOLEDO, OHIO

2010 AUG 10 PM 3:06
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO
FILED

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

In re:  FINK, MICHAEL A.          )   Case No. 09-30613
        FINK, KAREN L.            )
                                  )   Chapter 7
                Debtor(s).        )   Judge: MARY ANN WHIPPLE

### TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

   Ck. 10111       Columbia Gas of Ohio              $15.58
                   200 Civic Center Dr., 11th Floor
                   Columbus, OH  43215

2. Your Trustee's check for $15.58 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date__7/21/2010__                    _____
                                     John N. Graham, Trustee